# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERANCE FRAZIER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>        Defendants. | Case No. 1:20-cv-01069-DAD-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 29) |

On April 15, 2022, the Court issued an order on a motion to dismiss, and on May 9, 2022, Plaintiffs filed an amended complaint that names six additional Defendants. (ECF Nos. 24, 27.) On May 18, 2022, the parties filed a stipulation proffering that counsel for Plaintiffs and the City of Fresno communicated regarding the amended complaint, and have agreed that counsel for the current City of Fresno Defendants would accept service of process for the new City Defendants Jerry Dyer, Thomas Esqueda, Georgeanne White, Gary Bredefeld, and Mike Karbassi, and counsel would file a responsive pleading on behalf of all of the City Defendants within 30 days of an order entering the stipulation. (ECF No. 29.) The Court finds good cause exists to grant the stipulated motion.

///

///

///

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the stipulated motion is granted (ECF No. 29), and Defendants City of Fresno, Lee Brand, Jerry Dyer, Wilma Quan, Thomas Esqueda, Georgeanne White, James Schaad, Tim Orman, Garry Bredefeld and Mike Karbassi, can be served with the amended complaint through their counsel of record, and these Defendants shall respond to the complaint within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **May 19, 2022**

UNITED STATES MAGISTRATE JUDGE