# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERANCE FRAZIER, et al., | Case No. 1:20-cv-01069-DAD-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE AND CONTINUE SCHEDULING CONFERENCE |
| v. | |
| CITY OF FRESNO, et al., | (ECF Nos. 23) |
| Defendants. | |

A scheduling conference is currently set for August 1, 2022. (ECF No. 23.) On June 17, 2022, Defendants filed a motion to dismiss. (ECF No. 31.) On June 27, 2022, the parties filed a stipulated motion requesting: (1) the deadline to file an opposition be extended until August 12, 2022; (2) that the deadline to file a reply be extended until August 26, 2022; (3) that the hearing on the motion be continued to September 14, 2022; and (4) that the scheduling conference in this matter be continued to a date after September 21, 2022. (ECF No. 33.)

The Court notes that pursuant to the minute order issued on June 22, 2022, no hearings on civil motions will be held unless the District Judge determines that a hearing is necessary. (ECF No. 32.) Therefore, the Court will not set a new hearing date on the motion to dismiss. Further, due to the impacted status of matters pending before the District Judge, the Court will continue the scheduling conference for a period of approximately six months due to the pending motion to dismiss.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulated motion is granted (ECF No. 33);
2. The deadline for Plaintiffs to file an opposition to Defendants' motion to dismiss is extended to August 12, 2022;
3. The deadline for Defendants to file a reply brief is extended to August 26, 2022; and
4. The scheduling conference currently set for August 1, 2022, is CONTINUED until February 21, 2023, at 9:30 a.m. in Courtroom 9, and the parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **June 27, 2022**

UNITED STATES MAGISTRATE JUDGE