# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERANCE FRAZIER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01069-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET PURSUANT TO SUBSTITUTION OF ATTORNEY FORM<br><br>(ECF No. 35) |

On August 10, 2022, Defendant City of Fresno filed a notice of substitution of attorneys regarding attorneys Joseph D. Rubin and James B. Betts.  (ECF No. 92.)  The filing appears to only update the law firm for these attorneys that currently represent Defendant.

Accordingly, the Clerk of the Court is DIRECTED to update the address and firm name for attorneys for Defendant City of Fresno, Joseph D. Rubin and James B. Betts.  (ECF No. 35 at 1.)

IT IS SO ORDERED.

Dated:   **August 11, 2022**　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1