# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TERANCE FRAZIER, et al., | Case No. 1:20-cv-01069-ADA-SAB |
|---|---|
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING AND HEARING SCHEDULE AND RESETTING HEARING ON MOTION TO DISMISS FOR NOVEMBER 9, 2022 |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | (ECF Nos. 31, 43, 44) |

The motion to dismiss filed on June 17, 2022, and referred for findings and recommendations, is currently set for hearing on October 5, 2022, before Magistrate Judge Stanley A. Boone in Courtroom 9. (ECF Nos. 31, 43.) On September 15, 2022, the parties filed a stipulated motion to extend the briefing schedule and continue the hearing on the motion. (ECF No. 44.) The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion (ECF No. 44) is GRANTED;
2. Plaintiffs' opposition to the motion to dismiss shall be filed on or before September 30, 2022;
3. Defendants' reply shall be filed on or before October 21, 2022; and

/ / /

/ / /

/ / /

1

4. The hearing on Defendants' motion to dismiss is CONTINUED to November 9, 2022, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **September 15, 2022**

_____
UNITED STATES MAGISTRATE JUDGE