# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERANCE FRAZIER, et al., | Case No. 1:20-cv-01069-ADA-SAB |
| Plaintiffs, | ORDER SETTING HEARING ON DEFENDANTS' *EX PARTE* APPLICATION FOR DECEMBER 14, 2022 AND STAYING BRIEFING DEADLINE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | (ECF No. 52) |

Defendants' motion to dismiss filed June 17, 2022, and Plaintiff's motion for leave to amend filed November 25, 2022, are currently pending adjudication. (ECF Nos. 31, 49.) A hearing on the motion for leave to amend is currently set for January 11, 2023. (ECF No. 51.) On December 5, 2022, Defendants filed an *ex parte* application to continue the hearing on Plaintiff's motion for leave to amend until after the Court issues a decision on the pending motion to dismiss. (ECF No. 52.) The Court finds it appropriate to set the *ex parte* application for hearing, and to order an opposition from the Plaintiff prior to the hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on Defendants' *ex parte* application, (ECF No. 52), is set for December 14, 2022, at 10:00 a.m., in Courtroom 9;

2. Plaintiff shall file any opposition to the Defendants' *ex parte* application on or before December 12, 2022; and

1

3. The deadline pertaining to filing an opposition to Plaintiff's motion for leave to amend (ECF No. 49) is STAYED pending a decision on the Defendants' *ex parte* application.

IT IS SO ORDERED.

Dated: **December 6, 2022**

UNITED STATES MAGISTRATE JUDGE