1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11    TERANCE FRAZIER, et al.,                    Case No. 1:20-cv-01069-ADA-SAB

12          Plaintiffs,                           ORDER DENYING DEFENDANTS' *EX
                                                  PARTE* APPLICATION, RESETTING
13       v.                                       HEARING ON PENDING MOTION TO
                                                  AMEND, AND SETTING BRIEFING
14    CITY OF FRESNO, et al.,                      SCHEDULE ON PENDING MOTION TO
                                                  AMEND
15          Defendants.
                                                  (ECF Nos. 49, 52)
16

17          Defendants' motion to dismiss filed June 17, 2022, has been briefed, and the Court held

18   oral argument on the motion on November 9, 2022.  (ECF Nos. 31, 46, 47, 48.)  On November

19   25, 2022, Plaintiff filed a motion for leave to file a second amended complaint.  (ECF No. 49.)

20   A hearing on the motion for leave to amend is currently set for January 11, 2023.  (ECF No. 51.)

21   On December 5, 2022, Defendants filed an *ex parte* application to continue the hearing on

22   Plaintiff's motion for leave to amend until after the Court issues a decision on the pending

23   motion to dismiss.  (ECF No. 52.)  The Court set the *ex parte* application for hearing on

24   December 14, 2022, and ordered an opposition.  (ECF No. 54.)  On December 12, 2022,

25   Plaintiffs filed an opposition to Defendants' *ex parte* application.  (ECF No. 55.)  On December

26   14, 2022, the Court held a hearing on Defendant's *ex parte* application.  (ECF No. 56.)  Kevin

27   Little appeared on behalf of Plaintiffs via video, and Joseph Rubin appeared on behalf of

28   Defendants.  (Id.)

1    The Court has considered the procedural and substantive posture of the pending motion

2    to dismiss and pending motion for leave to file a second amended complaint; the arguments

3    presented in Defendants' *ex parte* application and Plaintiffs' opposition; as well as the logistical

4    and substantive arguments presented at the December 14, 2022 hearing.   Factoring judicial

5    economy, conserving the resources of the parties, potential prejudice to the parties, the standards

6    for amendment under Federal Rule of Civil Procedure 15, and the totality of the current

7    procedural and substantive posture of the pending motions, the Court finds the most prudent

8    course of action at this juncture is to proceed to allow the filed and noticed motion for leave to

9    amend to proceed into briefing and hearing, despite the fact the motion to dismiss has been

10   briefed and heard.

11        Accordingly, IT IS HEREBY ORDERED that:

12   1.    Defendants' *ex parte* application, (ECF No. 52), is DENIED;

13   2.    The hearing on Plaintiffs' motion to amend currently set for January 11, 2023, is

14         RESET for February 8, 2023, at 10:00 a.m., in Courtroom 9;

15   3.    Defendants shall file any opposition to the motion to amend on or before January

16         23, 2023;

17   4.    Plaintiff shall file any reply on or before February 2, 2023; and

18   5.    Defendants' motion to dismiss (ECF 31) will be held in abeyance until final

19         adjudication on the motion to amend.

20

21   IT IS SO ORDERED.

22   Dated:   **December 22, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2