# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERANCE FRAZIER, et al., | Case No. 1:20-cv-01069-ADA-SAB |
| Plaintiffs, | ORDER REQUIRING DEFENDANTS TO ADDRESS OBJECTIONS TO RESETTING OF SCHEDULING CONFERENCE |
| v. | |
| CITY OF FRESNO, et al., | (ECF Nos. 74, 75) |
| Defendants. | **DEADLINE: AUGUST 16, 2023** |

On June 21, 2023, the Court issued findings and recommendations regarding Defendants' motion to dismiss. (ECF No. 72.) On July 12, 2023, Plaintiffs filed objections to the findings and recommendations. (ECF No. 73.) On August 9, 2023, the Court continued the scheduling conference in this matter from August 24, 2023, to November 30, 2023, in light of the findings and recommendations that are pending consideration by the District Judge. (ECF No. 74.) On August 9, 2023, the Plaintiffs filed objections to the continuance of the scheduling conference, indicating that as at least one claim is viable, and because the case is three years old, a scheduling should be held. (ECF No. 75.) The Court shall order a response from Defendants, then consider whether it is appropriate to hold a scheduling conference at this time.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **on or before August 16, 2023**, Defendants shall file a response to the Plaintiffs' objections to continuing the scheduling conference (ECF No. 75), indicating whether they oppose the holding of a scheduling conference at this time.

IT IS SO ORDERED.

Dated:    **August 10, 2023**

UNITED STATES MAGISTRATE JUDGE

2