# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERANCE FRAZIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No.  1:20-cv-01069-KES-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY AND DIRECTING THE CLERK OF COURT TO TERMINATE JOSEPH D. RUBIN AS ATTORNEY OF RECORD FOR DEFENDANTS<br><br>(ECF No. 97) |

On July 6, 2026, a notice of withdrawal of Joseph D. Rubin as counsel for Defendants was filed.  (ECF No. 97.)  Other counsel from the law firm of Whitney Thomas & Jeffcoach remain as counsel of record for Defendants.

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Joseph D. Rubin as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Joseph D. Rubin as counsel for Defendants.

IT IS SO ORDERED.

Dated:  __**July 7, 2026**__

STANLEY A. BOONE
United States Magistrate Judge